THE State OF TEXAS    CAUSE NO: 1421328/1421329
VS
David James Chapman

FILED IN
1ST COURT OF APPEALS
HOUSTON, TEXAS

MAR 12 2015

CHRISTOPHER A. PRINE
CLERK

01-14-00980-CR
01-14-00981-CR

IN THE 183rd
DISTRICT COURT
OF HARRIS
COUNTY TEXAS

## APPOINTMENT OF COUNSEL

On THIS THE 26th Day of FEBUARY, 2015 I have been advised of my right to representation in the appeal Proceedings In the above cause. I certify that I Am INDIGENT and with out means to Employ counsel of my own choosing and I here by request The court To Appoint counsel for me

David Chapman
Defendant/Prose

where fore I Pray That the court Appoints counsel from This Date 26th of Febuary 2015

## ORDER

The State is ordered to respond to this motion within 20 days. If no response is recieved, The Defendants motion will be granted.

I David James Chapman SPN# 02725882 Being presently Incarcerated In the Harris County Jail IN HARRIS County texas declare under penalty of perjury that the foregoing is true and correct

Executed on Febuary 26 2015

Dawid Chapman
Defendant/Prose

on This The ____ Day of ____ 2015 Came to be heard by me The Defendants motion for the Appointment Of counsel and It Appears TO this court that this motion should be

Granted ____
Denied ____ And It is
So ordered

Judge presiding

TO 1ST DISTRICT Court OF APPEALS.    2/26/15

Thank you for giving me an extension on filing my appealants brief I really appreciate it I got most of the legal work I need to file it so I am now working on it.

FILED IN
1ST COURT OF APPEALS
HOUSTON, TEXAS.

MAR 12 2015

CHRISTOPHER A. PRINE
CLERK

may you please appoint me a new attorney my old attorney Clyde williams was not a good help towards my case and didn't answer letters, phone calls and visited only once to apologize for cursing me out days before sentencing I do not believe she did any thing to help me and told me herself that I am guilty and would not let me see the police report against me may you send me a copy of the PSI report please its not in my packet that was mailed to me and I just got my holds looked up in the system it saids I to have 5 juvenile cases with no bond I already served my time on those may some one send me the address thats in

HARRIS COUNTY SHERIFF'S OFFICE JAIL

Name:

SPN: _____ Cell: _____

Street: _____

Houston, Texas 77002

RECEIVED
FIRST COURT OF APPEALS
HOUSTON, TEXAS

MAR 1 2 2015

CHRISTOPHER A. PRINE
CLERK

LEGAL

INDIGENT

Court of Appeals
First District
@ 301 Fannin Street
Houston
Houston, Texas, 77002